IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| PAULA CLAYTON MOWLES, | § | |
| Plaintiff, | § § | |
| v. | § § | C.A. No. 4:16-cv-00281-O |
| NEW YORK LIFE INSURANCE COMPANY, | § § § | |
| Defendant. | § | |

## STIPULATION OF DISMISSAL

The parties, having announced to the Court that the matters in controversy have been settled, and in accordance with Fed. R. Civ. P 41(a)(1)(A)(ii), STIPULATE to a dismissal of the case, with prejudice, with all attorneys' fees and costs taxed against the party incurring same.

SO STIPULATED.

By: _____
G. Craig Hubble
gcraighubble@gmail.com
Texas Bar No. 10144600
**HUBBLE LAW FIRM**
301 W. Abram Street
Arlington, Texas 76010
Telephone: (817) 265-7771
Facsimile: (817) 861-9008
ATTORNEYS FOR PLAINTIFF

By: _____
Andrew G. Jubinsky
Texas Bar No. 11043000
andy.jubinsky@figdav.com
Daniel M. Branum
Texas Bar No. 24064496
dan.branum@figdav.com
**FIGARI + DAVENPORT, L.L.P.**
901 Main Street, Suite 3400
Dallas, Texas 75202
Telephone: (214) 939-2000
Facsimile: (214) 939-2090
ATTORNEYS FOR DEFENDANT